**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ADDONES SPENCER**                                                         **PLAINTIFF**
**REG #11060-027**

**v.**                **CASE NO: 2:12CV00158 BSM/HDY**

**P. LAM, et al.**                                                               **DEFENDANTS**

## **ORDER**

The proposed findings and partial recommended disposition [Doc. No. 26] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff Addones Spencer's motion for a preliminary injunction [Doc. No. 22] is denied.

Dated this 28th day of December 2012.

                                                                            UNITED STATES DISTRICT JUDGE